UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, SS. | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT |

NORTHERN BANK & §
TRUST COMPANY, §
　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　§   JURY TRIAL DEMANDED
v. §
　　　　　　　　　　　　§
BRIAN D. SHEEHAN and §
NICHOLAS FIORILLO, §
　　　　　　　　　　　　§
　　　　Defendants. §
　　　　　　　　　　　　§

TO: Clerk of the U.S. District Court for the District of Rhode Island:

PLEASE TAKE NOTICE THAT Defendant Nicholas Fiorillo, pro se, pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, Title 42, United States Code § 1983, False Claims Act, as amended, 31 U.S.C. et seq cf. 28 U.S.C. § 2403(a) and the recent and numerous violations of Federal statute, constituting gross violation of his Constitutional, civil rights, and under. hereby removes to this Court the above-captioned State Court action, and all claims and causes of action arising therefrom, from the Middlesex Superior Court to the United States District Court for the District of Rhode Island. In support of this removal, Mr. Fiorillo further states as follows:

Plaintiff Nicholas Fiorillo, his wife Tracy Fiorillo, and their minor children, are all bonafide tenants of a home with such homestead rights at their place of residential tenancy, in Barnstable County, MA, with Fiorillo's corporate affiliate Ocean Development Partners having office addresses in Barrington, RI, Harwich Port, MA and elsewhere. Pursuant to an unlawful

conspiracy to take control of the Plaintiffs homestead and his Gotspace Data and Ocean Development companies by the George Soros-backed GF Funding shell corporation, the NE Edge Enterprise, RI Federal Defendants George Soros, Thomas O'Neill, Brian Sheehan, Shawn Townsend, Raymond Green, Peter Spitalny, Louis Delpidio, and other high level Soros operatives who control this criminal Enterprise, the complete annihilation of the Federal, Constitutional civil rights of the Fiorillos, including rights to due process under the law and homestead rights, among others, result in the removal of all civil actions from Massachusetts to Rhode Island Federal Court.

At issue is the ongoing, systemic chronic bias against a self-represented litigant which has wholly deprived him of his Constitutional, civil rights to due process under the law to a free and fair hearing, as well as the implications of extra-jurisdictional judgments and orders entered by a biased State Court system. Nicholas Fiorillo is no stranger to this injustice system, having been embroiled in multiple iterations of the same unlawful debt collection action with interchangeable plaintiffs all members of a racketeering enterprise formed by associates-in-fact under the backing and control of George Soros. These associates in fact include notorious loan shark Raymond C. Green and commercial loan brokers Sheehan and Townsend, represented by Soros-backed attorneys George McLaughlin, Nicholas Nesgos, Matthew Welnicki, David Reier, Anthony Alva, the law firm of ArentFox Schiff, LLP, as well as Green cronies Louis Delpidio and Paul Mattarese.

Commercial Broker Brian Sheehan has engaged in a pattern of predicate acts in violation of State laws and Federal RICO laws, including conspiring with Soros-funded Northern Bank, at which he has been an "insider" for years. Sheehan contacted Mr. Fiorillo on his cell phone numerous times between September 7th- 8th 2021, while he was in Las Vegas on business travel. Conferences calls with both Sheehan and another witness (John Doe #1) took place, during which Mr. Sheehan laid out in detail the intent of the Soros-backed NE Edge Enterprise, to

financially bankrupt Fiorillo and his Gotspace/Ocean Companies, and possibly go so far as to kill him.

Nicholas Fiorillo was told by Brian Sheehan that if he did not turn over control of 90% of his Gotspace Data and Storage Partners and Ocean Development interest to the heads of this Enterprise including the notorious Boston loan shark Raymond C. Green, convicted felon Peter Spitalny, disgraced developer Thomas Quinn and others, and sign a global release of any and all claims against them, this Enterprise would make good on its threats. Sheehan then proceeded to inform Mr. Fiorillo that he had been on calls over the past forty eight hours, with NE Edge Enterprise members Raymond Green, Peter Spitalny, Thomas Quinn, and Stuart Bornstein, and had just finished a call with fellow broker Shawn Townsend, director of Bluevista Capital, the lender on the $30,000,000 loan to Fiorillo's Company, Gotspace Storage.

It was made clear by Mr. Sheehan that if Fiorillo did not "settle and turn over control of Gotspace and his other corporate affiliates, the NE Edge Enterprise members would all start to send fraudulent default notices, move to foreclose on Fiorillo's family home, his businesses, and "come at him with guns."  Brian Sheehan threatened Nicholas Fiorillo with bodily and financial harm to himself and his companies, on behalf and at the behest of, and upon direct orders from the NE Edge Enterprise, done in a public place with another witness (Joe Doe #1) listening beside Fiorillo on that call.

Mr Sheehan, knowing that Nicholas Fiorillo had other people on the call and that he was in a public place, also knew that he had recorded thousands of corporate calls at Gotspace, as per Company policy during COVID-19. In full accordance with SEC guidelines of this accredited operation, Nicholas Fiorillo set such a policy in place, when he founded Gotspace. Brian Sheehan had had an integral role in attempting to extort Nicholas Fiorillo, and now Sheehan and Northern Bank are attempting to usurp upwards of $15,000,000 in real estate assets including the W-Lofts Development and the Dedham Estate located at 254 Westfield Street.

Nicholas Fiorillo made an organized and sophisticated presentation of his case, doing an excellent job painting a crystal clear picture of the chronology of civil rights deprivation and denial of due process by the Superior Court, which contravene justice. The Hon. Michael D. Ricciuti, who presided over the BSI matter involving Mr. Fiorillo, abused his discretion, materially prejudicing Nicholas Fiorillo in both the underlying case and the contempt case, during the weeks between July 6, 2022, and August 18th, 2022. At a series of both in person and virtual hearings he presided over, Judge Ricciuti violated multiple rules of Code of Judicial Conduct Canons by erring in his application of discretion, and prognosticating a direct material prejudice against Defendant Fiorillo and his closely held corporate affiliates, W-Lofts and Ocean Development Partners, LLC. Judge Ricciuti has also violated Fiorillo's rights under Massachusetts Article 29, and HIPAA rights, in yet another crystal clear example of prejudicial bias.

Judges Krupp Ricciuti and Kazanjian, from the very onset of their involvement in these Defendants' cases, clearly harbored a direct, proximate, materially prejudicial bias, against pro se litigant Nicholas Fiorillo. Throughout the underlying actions, judges Krupp, Ricciuti and Kazanjian have systemically enabled Plaintiffs' counsel to repeatedly violate the Rules of Civil Procedure, both in and out of the courtroom. This through a pattern of materially prejudicial "shotgun rulings," which have blocked the basic rights and liberties of Defendant to present his positions in a true and unbiased deliberation.

Judge Ricciuti never conducted a prudent show cause hearing for the "contempt" matter, while any reasonable layperson of sound mind would conclude that the June 2nd 2022 clearly "ALLOWED" a 90 Day Stay Order, in "crystal clear" terms which were not <u>ambiguous and extremely confusing</u>. Judge Ricciuti clearly disavowed Defendant of: 1. Proper service under 65.3 10/20 rule; 2. A fair and proper allowance of time to prepare for such show cause hearing; 3. Defendant's 14th Amendment and Article 29 rights to free speech and oral arguments without

the threats of jail; 4. Rights <u>free from Judge Ricciuti's clear and material prejudicial bias</u> and; 5. Prudent judicial oversight in disposing of frivolous motions and waste. The record clearly reflects that from the first minute after Judge Ricciuti took the bench, he was now in charge of a collective "gaming of the legal system," to materially prejudice Defendant, in not only the proceedings at hand, but the four other related cases in front of this court. Judge Ricciuti and his clerks, often in open court and through multiple ex-parte communications, have conspired with the Plaintiffs' counsel, clerks Van Meek, Brooks and Powers, as well as with Judges Krupp and Kazanjian.

Judge Ricciuti was steadfast in his position, which any reasonable person would see amounted to extremely unfair treatment, founded in bias harbored by this Judge, against pro se Defendant Fiorillo. Such that his ulterior motives have now been exposed, Judge Ricciuti has wielded suspect powers over this defendant, in order to gain a judicial advantage designed to **<u>sandbag</u>** any hopes that, pro se, Defendant would ever be able to receive a fair and proper "show cause hearing," or be provided the benefit of unbiased rulings, in the underlying case.

At the initial hearing, Judge Ricciuti adamantly stated that he had thoroughly read through all of the documents, reviewed the June 2nd transcript, and was certain that Judge Salinger's Order was "crystal clear." Only to later admit, after being challenged by Defendant Nicholas Fiorillo during a series of hearings, that in fact **<u>he had not read</u>** the transcript of the June 2nd in its entirety. Judge Ricciuti's actions from the day he took the bench, have shown bias against Defendant, in favor of the opposing Plaintiffs. Judge Ricciuti abused his discretion by preventing Nicholas Fiorillo from conducting discovery, one of the most fundamental aspects of due process. This Judge threatened Fiorillo repeatedly with incarceration, oftentimes for simply speaking. Judge Ricciuti stated on the record at a July 25th 2022 hearing, prior to hearing any testimony from either side, that he had "made up his mind," before he had allowed Defendant to present his position. In the aftermath of Judge Ricciuti's admission that he had not reviewed the

June 2nd record in its totality, the last ten minutes of oral argument on that record has somehow been mysteriously and conspicuously omitted, from the attested transcripts of Plaintiffs' counsel.

These facts serve to underscore Fiorillo's contention that no prudent due process was ever granted to this Defendant, nor was he properly noticed of a "show cause" hearing. It's clear that Judge Ricciuti and Plaintiff's counsel had set out to derail the standard 10-day service and 20-day answer time, afforded to any other litigant under the Massachusetts 65.3, the basic requirements of proper service afforded to every citizen in the United States. Defendant was stripped from the protections afforded him under the Rules of Civil Procedure, which have been violated multiple times. This collective group's deep state conspiracy was designed to prevent Nicholas Fiorillo and his corporation from ever receiving their fair and just day in a Massachusetts court.

Accordingly, based on substantial reasons affecting the public interest, and the interests of justice which dictates that the curtain be pulled back once again, on the Secret Courts of the Commonwealth, Mr. Fiorillo now removes all inextricably related actions to the District of Rhode Island for consolidation, under newly-discovered and wholly different sets of facts which state a new ground for removal.

Too many cases involving private citizen Nicholas Fiorillo were ultimately "presided over" by court clerks who wield excessive power(s) - the keepers of the gateway into a land of arbitrary justice, where the powerful and privileged prevail. Depending upon who you know (or don't know), a land where right quickly becomes wrong, and wrong quickly becomes right. Clerks at the Superior, Boston Municipal, Housing and Federal District courts consistently and overzealously exercise tremendous discretion. The pro se litigant who winds up on their bad side, quickly learns that remedy, redress and recourse in these courts, are forever elusive. With so few checks on their power, the court clerks all too often go far beyond both job description and ethical boundaries, brokering deals with conniving counsel. Regardless of who chooses to

acknowledge this and who does not, there is such a thing as the secret courts of Massachusetts, and it is an undeniable fact that no other state in the country has anything like it.

Starting at the end of 2021, the first of what would be the start of a series of frivolous civil actions little more than iterations of the same unlawful debt collection action, by associates-in-fact involved in a racketeering scheme involving predatory, hard money lending by fraud in the inducement, was filed. The objective of these enterprising racketeers with the backing and under the control of billionaire financier George Soros, was to expropriate the real property and business interests of Nicholas Fiorillo, and his Ocean Development and Gotspace business entities. As to the latter, recent contractual agreements for the purchase of land in the State of Connecticut for the development of critically needed data storage facilities, put the potential value of Gotspace Data Partners at or over one billion dollars.

Three facts are of particular importance to this case: 1) the fact that there are tens of millions of dollars of real property at stake here, which a group of "well-connected" Plaintiffs, including Plaintiff in this instant action and their counsel, are attempting to unlawfully extort from Petitioner, aided and abetted by the secret courts 2) the public consensus on boundaries defining what is "dangerous" in the context of judicial discretion, and 3) the activities contraindicated by those boundaries. Facts which speak to the nature of the original plaintiffs' actions in looking to the courts to aid their misdeeds, which Defendant now urgently brings before the public. It is of great public value for any court, in particular courts at the Federal level, to speak on these issues, especially in a manner which deters future bad acts.

Due consideration must be given here, to the extent to which a citizen's rights to everything from his personal property rights to due process rights can be infringed upon, when unsavory and unethical individuals who operate within a criminal Enterprise controlled by someone with the political prominence and clout like George Soros, seek to expropriate assets of that citizen into the tens of millions of dollars, if not beyond. The implications of injustice here

are dire, and it would be inappropriate, therefore, to allow such harms inflicted upon Petitioner to proceed, based upon the total disregard of the legal process by this group of racketeers and counsel, which can be described as little more than corrupt to the core.

Federal defendants Soros and O'Neill have weaponized co-defendants former US Attorney Rollins, Suffolk DA Hayden, certain rogue members of the Boston Police Fugitive Task Force, the Town of Harwich Police Department, the Harwich Chief of Police, certain John Doe Detectives, Sheriffs, Constables, Town Manager Joseph Powers and Selectboard member MacAskill, all of whom have been conspiring in a pattern of criminal schemes to prosecute Nicholas Fiorillo for a series of crimes that he did not commit. This has been done in order to gain the leverage needed to extort Fiorillo to give up his claims in the Gotspace Data v. NE Edge Federal Complaint in the District of Rhode Island, with which all inextricably interrelated actions merit consolidation post-removal, his family home and his Gotspace Data development business most notably Fiorillo's corporate interests in the 30 Billion dollar Gotspace Data New England Data Corridor.

Up to this very moment, Nicholas Fiorillo's life continues to be jeopardized by a series of threats by Soros-backed operatives Raymond Green, Louis Delpidio and Paul Mattarese, to shoot him on sight and harm his family, if he did not succumb to the Enterprise demands, including a demand to vacate the Fiorillo Family home, or be forcibly removed, and their possessions unlawfully placed with Moving and Storage companies, in violation of various Mortgage Protection statutes. After an erroneous judgment for possession by way of a default which never occurred, caused an Order to issue from the Orleans, MA District Court on July 26, 2023, in direct violation of the pending appeal of the previous "default" issued by Judge Welsh III. It is noteworthy that after Nicholas Fiorillo made proper and prudent requests to appear telephonically at hearings due to the credible threats made against his life, which the Court was notified of well in advance and were reported to all relevant law enforcement authorities,

requests routinely granted by other courts but inexplicably denied by the Orleans Court, this Court also "locked Fiorillo out" of Zoom access, in order to set the stage for a "default," for "failing to appear in person" and by so doing, put his life in danger.

When the Orleans Court then denied Nicholas Fiorillo's Motion to Dismiss the action of NE Edge "loan shark" Raymond C. Green, et als, who intentionally mislead and confused the court by claiming to be a "residential lender," when his Soros-backed Green companies are commercial hard money lenders, after Fiorillo had been previously denied requests to conduct discovery, file an answer and counterclaim, and denied his right to a jury trial, Fiorillo knew that there would be no justice in any court in the Commonwealth, due to the conspiracy being perpetrated by the Kleptocratic Soros Political Propaganda machine, ultimately controlled by Soros himself and Thomas O'Neill atop the political pyramid.

Through the manipulation of numerous suspect "frame ups" and "shake downs" by the Harwich, MA Police to frame Nicholas Fiorillo for crimes he did not commit, the crystal clear control by Mr. Soros of the Massachusetts secret courts, and his corrupt influence over its judicial officers has decimated Fiorillo's civil rights under color of law, prompting just and prudent removal to a Court free from Soros well known, kleptocratic influence peddling. Nicholas Fiorillo has been subjected to more than his fair share of secret court hearings, extrajudicial court rulings and as of late, the BPD Fugitive Task Force's "catch and kill" manhunt, perpetrated by Boston Police officers Brian Albert, Mike Powers and Karl Dugal, some of the same individuals involved in the murder of fellow BPD Officer O'Keefe and the framing of his girlfriend, Karen Read for a crime that she did not commit. All with full support and cooperation of certain Boston FBI and higher ups in the Massachusetts State Police, and perfectly orchestrated to prevent Nicholas Fiorillo from ever having any fair day in any court in Massachusetts, and derail his Gotspace Company's forward path to develop the New England Data Corridor.

The goals of the Soros-backed NE Edge Enterprise, are to cheat the legal system and obstruct justice, in order to extrajudicially derail the entire legal process involving Fiorillo and his family, as well as suppress their civil rights, including the right to free speech and due process under the law, all of which have been silenced by Soros backed DA's and disgraced former U.S. Attorney, within the Massachusetts judicial-political-enforcement system, which has systematically conspired to illegally evict the Fiorillos from their homestead. The Secret Courts of the Commonwealth, and the certain Judges who are mere puppets of George Soros, have been on the "secret stage" set by the NE Edge racketeers, who dance to Soros' evil tune in furtherance of the criminal objectives of the Soros-NE Edge Enterprise, to derail the largest public/private Digital Infrastructure project in the history of the United States.

Nicholas Fiorillo was told by Enterprise head Raymond C. Green that if he was to keep his home and his freedom, he was to settle and release the NE Edge racketeers from the landmark Federal claim, or be illegally evicted. Just this past Tuesday, August 22, 2023, NE Edge Racketeers served their second, 48-hour notice to vacate the Fiorillo's residential premises, with the Barnstable County Sheriff and Harwich Police detectives attempting to enter the home and arrest Nicholas Fiorillo on a bogus arrest warrant. True to form, racketeering Ray Green "switched" his terms again, and demanded a collective $10,000,000 in cash and real estate to be turned over, along with his prior demand for release of claims, or the Fiorillos would be forcibly removed from the property on Wednesday, August 23, 2023, at 9:00 am.

Attorneys Anthony Alva, Johanthan Roth, and Nicholas Nesgos, on behalf of their client Defendants Louis Delpidio and Raymond C. Green, have been systematically blackmailing the Fiorillo family, making a series of extortionist demands including criminal threats of murder, if they did not agree to the release of claims and counterclaims, and payment of monies not due or owing on the Kales Way property. Specifically, if Fiorillo did not sign a global release and agree to pay upwards of a whopping $20,300,000 in cash and real estate, releasing all parties for their

illegal foreclosure actions as set forth in the inextricably related civil claims pending removal and consolidation before this Court under Fiorillo's multi-billion dollar RICO action, all would be lost. The Soros-backed NE Edge racketeers have been extorting the threat of an unlawful 48 hour forcible move out for most of the month of August, an unlawful foreclosure on the residential portion of a mixed use property, by way of an unlawful foreclosure of a commercial mortgage instrument in violation of Massachusetts law, which Nicholas Fiorillo now seeks an unbiased Court to confirm what he has always known, that this bogus "foreclosure sham" is without any force and effect.

Within the past 48 hours, Nicholas Fiorillo has tirelessly endeavored to bring civil action for unlawful eviction and dispossession against George Soros, Louis Delpidio, Raymond C. Green, and other NE Edge members and co-conspirators, before the Massachusetts Southeastern Housing Court, only to be thwarted at every turn by Court Clerks who wilfully obstructed and prevented even a cursory review by a Judge, especially since a concurrent Motion for Interim Relief was included with the pleading, asking for an immediate stay of execution of Order for Possession, and Restraining Order preventing the unauthorized trespass upon the Fiorillo homestead, by any third parties pursuant to unlawful attempts to remove the Fiorillos from their home.

**Jurisdiction and Authority For Removal**

1. There exists both basis in law and fact, namely the fraudulently alleged "facts" and the violation of Defendant's civil rights protections under federal law, for this Court to transmute this Complaint into federal law claims. Given the fact that the state-law claim to be removed is founded in the attempt to collect an unlawful debt, the action has necessarily raised a stated federal issue, one which is actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance. Accordingly, these clear cut federal issues trigger *Grable* jurisdiction. See: Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.,

545 U.S. 308 (2005).

2. Given the historical and inarguable bias shown to self-represented litigants in the Suffolk Superior Court, this Court has clear jurisdiction over this matter, under U.S. Const. Ann. Article III, Section 2, Clause 1. This special civil rights removal statute permits removal of any civil or criminal action by a party who is denied or cannot enforce in the state court, a right under any law, providing for equal civil rights of a person for any act under color of authority derived from any law providing for equal rights. Mr. Fiorillo emphasizes that such equal civil rights are not confined by race.

3. Under 28 U.S. Code § 1443, actions commenced in a State court by or against any person who is denied or cannot enforce his civil rights in the courts of such State, convey a right under the law providing for the equal civil rights of citizens of the United States, to remove to the district court of the United States.

4. Removal of an action under 28 U.S.C. § 1441(a) based upon the nature of the complaint, in this instant action the attempt to collect an unlawful debt, is properly removed when "a right or immunity created by the Constitution or laws of the United States [constitutes] an element, and an essential one, of the cause of action." See: Gully v. First National Bank in Meridian, 299 U.S. 109, 112 (1936).

5. While commonplace that removals are made to the district embracing the place wherein it is pending, when judges are shown to be biased against a pro se party to a civil action, they frustrate the fairness of proceedings. This practice, as experienced by this Defendant to an extreme, is so seemingly routine in both federal and state courts, that in September of 2017 a Judge resigned from the Seventh Circuit. His cited reasons were due, in part, to the fact that he felt that "the court wasn't treating pro se litigants fairly, didn't like the pro se's, and generally

didn't want to do anything with them." pro se litigants are frequently mistreated in civil litigation and denied a full and fair opportunity to vindicate their claims.

6. The Massachusetts Court System, whether State or Federal, has clearly and chronically demonstrated egregious disregard of this self-represented litigant's due process rights, and in so doing has demonstrated ample sufficiency to have this instant action, and the other false claims filed against Nicholas Fiorillo in an attempt to collect an unlawful debt, taken under review by this Court for violation of Federal laws.

7. The FirstAmendment of the Constitution provides for removal of this action to this Court, under Under 28 U.S. Code § 1441, 28 U.S. Code § 1443, 28 U.S. Code § 1446, 42 U.S.C. § 1983, 42 U.S.C. §1985, U.S. Const. Ann. Article III, Section 2, Clause 1, False Claims Act, as amended, 31 U.S.C. et seq cf. 28 U.S.C. § 2403(a). This pro se litigant stands no chance to have his civil rights to a fair and just hearing upheld in the State or Federal courts of the Commonwealth of Massachusetts, and each of the Federal questions emanating from this action must be addressed for the benefit of the basic rights and civil liberties afforded to all Americans, found under the United States Constitution of America.

Dated: September 4, 2023
Originally removed: 8/24/23

Respectfully submitted,

NICHOLAS FIORILLO

/s/ Nicholas Fiorillo_____

Nicholas Fiorillo, pro se
Tel: (508)-776-7219
metrowestrealty@yahoo.com